**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable William M. Wunderlich
United States Magistrate Judge
Yosemite, California

                              RE:    John R. MICHEALS
                                         Docket Number:  6:04M00026-01 (F2285078)
                                         <u>**REQUEST FOR DISMISSAL OF FORM 12C**</u>
                                         <u>**PETITION AND PROBATION BE ALLOWED**</u>
                                           <u>**TO TERMINATE**</u>

Your Honor:

On February 9, 2006, the probation officer submitted a Form 12C Petition requesting a summons be issued for Mr. Micheals to appear before Your Honor to answer to charges alleging he failed to pay restitution, failed to pay his fine, and failed to pay the special assessment.  On February 15, 2006, Your Honor ordered the issuance of a summons.

The probation officer has verified that the offender has paid all of his financial obligations in full.  Mr. Micheals' term of Limited Supervised Probation was scheduled to terminate on March 17, 2006, and it is respectfully recommended the Form 12C Petition filed with the Court on February 16, 2006, be dismissed without prejudice, and the offender's term of probation be allowed to terminate as scheduled with no adverse action being taken.

                                              Respectfully submitted,

                                              /s/ Casey Horner, Sr.

                                              **CASEY HORNER, SR.**
                                              **Senior United States Probation Officer**

Dated:        March 20, 2006
                 Modesto, California
                 CKH:lr

Rev. 03/2005
MEMO-CT.MRG

Re:  John R. MICHEALS
Docket Number:  6:04M00026-O1
**REQUEST FOR DISMISSAL OF FORM 12C PETITION AND PROBATION BE ALLOWED TO TERMINATE**

**REVIEWED BY:**  /s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

(X )  The Court approves Probation Officer's recommendation, and orders the Form 12C Petition filed on February 16, 2006, be dismissed without prejudice and Mr. Micheals' term of Limited Supervised Probation be allowed to terminate as scheduled with no adverse action being taken.

(  )  Other:

---

**WILLIAM M. WUNDERLICH**                    **DATE**
**United States Magistrate Judge**

cc:  Linn Byrd
     Law Enforcement Officer

     David L. Axelrod
     Defense Counsel

IT IS SO ORDERED.

**Dated:   March 24, 2006**              /s/  **William M. Wunderlich**
mmkd34                                   UNITED STATES MAGISTRATE JUDGE